[No. 3620–II.   Division Two.   March 9, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
EDWARD ARMSTRONG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83583, James J. Dore, J., entered March 3,
1978. *Affirmed* by unpublished opinion per Petrie, J., con-

curred in by Petrich, A.C.J., and Johnson, J. Pro Tem.